**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VINCENT WATKINS,<br><br>Plaintiff,<br>v.<br><br>CITY OF ANAHEIM; OFFICER DANIEL BRADBURY; OFFICER JESSIE BONALES; AND SERGEANT GEORGE BARRAZA; and DOES OFFICERS 1 – 10, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-02046-FWS-JDE<br><br>JUDGMENT |

Plaintiff Vincent Watkins alleges claims against Defendants City of Anaheim, Officer Daniel Bradbury, Officer Jessie Bonales, and Sergeant George Barraza related to a 2023 arrest. (Dkt. 16 (First Amended Complaint).) The matter came before the court on Defendants' Motion for Summary Judgment. (Dkt. 29.) On January 15, 2026, the court granted the Motion for Summary Judgment. In accordance with the Order Granting Defendants' Motion for Summary Judgment, the court **ENTERS JUDGMENT** in this

case in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing on his claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED:   January 15, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE